IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Nanzille Winmill, as parent and legal guardian of T.W., a minor child,<br><br>  Plaintiff,<br><br>vs.<br><br>Walmart Supercenter,<br><br>  Defendant. | **ORDER**<br><br>Case No. 1:22-cv-059 |

On October 3, 2023, the Parties filed a Stipulation to Dismiss Without Prejudice. (Doc. No. 43). The court **ADOPTS** the Parties' Stipulation (Doc. No. 43) and **DISMISSES** the above-captioned action without prejudice and without costs or attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated this 4th day of October, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court